UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT S. BLAKE,**

    **Plaintiff,**

    v.                                      **Civil Action 2:12-cv-00467**
                                                  **JUDGE GREGORY L. FROST**
                                                  **Magistrate Judge Elizabeth P. Deavers**

**WELLS FARGO BANK, N.A.,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the December 27, 2012 Report and Recommendation of the Magistrate Judge. (ECF No. 46.) The Magistrate Judge recommended dismissal without prejudice of Plaintiff's claims against Defendant APR Mortgage due to Plaintiff's failure to make timely service. (*Id.* at 2-3.) In her Report and Recommendation, the Magistrate Judge specifically informed the parties that "the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at 3.) The time period for filing objections has expired. Neither party has objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation of the Magistrate Judge. Noting that no objections have been filed and that the time for filing objections has expired, the Court **ADOPTS** the Report and Recommendation. (ECF No. 4.) Accordingly, Plaintiff's claims against Defendant APR Mortgage are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                                             /s/   Gregory L. Frost
                                                          **GREGORY L. FROST**
                                                          **UNITED STATES DISTRICT JUDGE**